THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE PERSON
OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN
INFORMATION THAT IS PROTECTED BY THE ATTORNEY-CLIENT
PRIVILEGE OR IS OTHERWISE PRIVILEGED, CONFIDENTIAL AND
EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the
reader of this message is not the intended recipient, you are
hereby notified that any dissemination, distribution or copying of
this communication is strictly prohibited. If you have received this
communication in error, please notify us immediately by
telephone, as well as delete it and any attachments. Thank you.

Begin forwarded message:

**From:** "Rhodes, Dennis J." <Dennis.Rhodes@wilsonelser.com>
**Date:** September 5, 2018 at 4:01:55 PM CDT
**To:** Joseph Messer <jmesser@messerstrickler.com>
**Cc:** "Podesta, John" <John.Podesta@wilsonelser.com>, "Lee,
Socorro" <Socorro.Lee@wilsonelser.com>, Kevin Borozan
<kborozan@messerstrickler.com>, "Lee, Socorro"
<Socorro.Lee@wilsonelser.com>
**Subject: RE: Bruno, et al v. Equifax Information Services**

Hi Joe,

Still waiting to discuss with David Bailey.  Our schedules have not
meshed since Monday's holiday.  I will let you know as soon as speak
with him.

Dennis

Dennis J. Rhodes
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
525 Market Street - 17th Floor
San Francisco, CA 94105-2725
415.625.9295 (Direct)
415.433.0990 (Main)
415.434.1370 (Fax)
dennis.rhodes@wilsonelser.com




EXHIBIT
C

**From:** Joseph Messer [mailto:jmesser@messerstrickler.com]
**Sent:** Wednesday, September 05, 2018 1:50 PM
**To:** Rhodes, Dennis J. <Dennis.Rhodes@wilsonelser.com>
**Cc:** Podesta, John <John.Podesta@wilsonelser.com>; Lee, Socorro
<Socorro.Lee@wilsonelser.com>; Kevin Borozan
<kborozan@messerstrickler.com>
**Subject:** RE: Bruno, et al v. Equifax Information Services

Dennis –

I take it that we will have to go forward with the motion to compel.
Please let me know if that's not the case.


Joseph S. Messer, Esq.
**Messer Strickler, Ltd.**
a Professional Corporation
225 W. Washington, Suite 575
Chicago, IL 60606
312-334-3440 Phone
312-334-3473 Fax
THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE PERSON
OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN
INFORMATION THAT IS PROTECTED BY THE ATTORNEY-CLIENT
PRIVILEGE OR IS OTHERWISE PRIVILEGED, CONFIDENTIAL AND
EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the
reader of this message is not the intended recipient, you are
hereby notified that any dissemination, distribution or copying of
this communication is strictly prohibited. If you have received this
communication in error, please notify us immediately by
telephone, as well as delete it and any attachments. Thank you.



**From:** Joseph Messer
**Sent:** Tuesday, September 4, 2018 3:49 PM
**To:** 'Rhodes, Dennis J.' <Dennis.Rhodes@wilsonelser.com>
**Cc:** Podesta, John <John.Podesta@wilsonelser.com>; Lee, Socorro
<Socorro.Lee@wilsonelser.com>; Kevin Borozan
<kborozan@messerstrickler.com>
**Subject:** RE: Bruno, et al v. Equifax Information Services

Thank you.

**From:** Rhodes, Dennis J. <Dennis.Rhodes@wilsonelser.com>
**Sent:** Tuesday, September 4, 2018 2:53 PM

**To:** Joseph Messer <jmesser@messerstrickler.com>
**Cc:** Podesta, John <John.Podesta@wilsonelser.com>; Lee, Socorro
<Socorro.Lee@wilsonelser.com>; Kevin Borozan
<kborozan@messerstrickler.com>
**Subject:** RE: Bruno, et al v. Equifax Information Services

Joe,

We will get back to you tomorrow morning regarding the deposition
issue.

Thanks,
Dennis


Dennis J. Rhodes
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
525 Market Street - 17th Floor
San Francisco, CA 94105-2725
415.625.9295 (Direct)
415.433.0990 (Main)
415.434.1370 (Fax)
dennis.rhodes@wilsonelser.com

### \<image001.jpg\>

**From:** Joseph Messer [mailto:jmesser@messerstrickler.com]
**Sent:** Tuesday, September 04, 2018 12:18 PM
**To:** Rhodes, Dennis J. <Dennis.Rhodes@wilsonelser.com>
**Cc:** Podesta, John <John.Podesta@wilsonelser.com>; Barlow, Marilee
<Marilee.Barlow@wilsonelser.com>; Kevin Borozan
<kborozan@messerstrickler.com>
**Subject:** RE: Bruno, et al v. Equifax Information Services

Dennis –

Per my voicemail to you of just now please confirm that your client is in
agreement to the following topics and let me know some dates that
work for his deposition.  Otherwise I will have no alternative but to file
the motion to compel.

Thanks.

Joseph S. Messer, Esq.
**Messer Strickler, Ltd.**
a Professional Corporation
225 W. Washington, Suite 575

Chicago, IL 60606
312-334-3440 Phone
312-334-3473 Fax

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE PERSON OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE OR IS OTHERWISE PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, as well as delete it and any attachments. Thank you.

**From:** Joseph Messer
**Sent:** Thursday, August 30, 2018 4:09 PM
**To:** 'Rhodes, Dennis J.' <Dennis.Rhodes@wilsonelser.com>
**Cc:** Podesta, John <John.Podesta@wilsonelser.com>; Barlow, Marilee <Marilee.Barlow@wilsonelser.com>; Kevin Borozan <kborozan@messerstrickler.com>
**Subject:** RE: Bruno, et al v. Equifax Information Services

Dennis –

Plaintiff will agree to narrow the deposition topics to the following:

1.      How RMB came to be Equifax's processing agent for orders for prescreen lists made or purportedly made by or on behalf of Geneva Motors, Inc. d/b/a Geneva Motors ("Geneva Motors") and the process that RMB went through to become Equifax's processing agent.

2.      The processes through which RMB received and filled orders for prescreen lists made by or on behalf of Geneva Motors including the identity of the persons and entities who placed those orders.

3.      Communications by and between representatives of RMB, Geneva Motors and/or Equifax regarding the forgoing matters.

4.      The circumstances and communications regarding Equifax's February 24, 2017 direction that RMB suspend prescreen and other FCRA information services to Geneva Motors on February 24, 2017.

5.      Communications by David Bailey or other RMB representatives with representatives of Equifax regarding the forgoing suspension of

services as well as any investigation by Equifax into the allegations in Plaintiff's complaint, and any actions taken by Mr. Bailey and/or any other representatives of RMB in connection with the investigation.

6.      The outcome of the forgoing investigation (assuming said investigation in fact occurred).

7.      Communications by David Bailey or other RMB representatives with representatives of Geneva Motors (including but not limited to Robert McGinley and John McGinley) regarding the forgoing suspension of services and since the date of the forgoing suspension of services.

8.      Services by RMB to Geneva Motors or any successor entity or entities to Geneva Motors, or to Robert McGinley and/or John McGinley or to other entities through which Robert McGinley and/or John McGinley have procured prescreen lists since Equifax's suspension of services to Geneva Motors on or about February 24, 2017.

Please let me know if we are in agreement and some dates that work for your client for the deposition.

Thanks and I look forward to hearing back from you soon.

Joseph S. Messer, Esq.
**Messer Strickler, Ltd.**
a Professional Corporation
225 W. Washington, Suite 575
Chicago, IL 60606
312-334-3440 Phone
312-334-3473 Fax

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE PERSON OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE OR IS OTHERWISE PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, as well as delete it and any attachments. Thank you.

**From:** Rhodes, Dennis J. <Dennis.Rhodes@wilsonelser.com>
**Sent:** Thursday, August 30, 2018 11:58 AM

**To:** Joseph Messer <jmesser@messerstrickler.com>
**Cc:** Podesta, John <John.Podesta@wilsonelser.com>; Barlow, Marilee
<Marilee.Barlow@wilsonelser.com>; Kevin Borozan
<kborozan@messerstrickler.com>
**Subject:** RE: Bruno, et al v. Equifax Information Services

Thanks, Joe.

Dennis J. Rhodes
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
525 Market Street - 17th Floor
San Francisco, CA 94105-2725
415.625.9295 (Direct)
415.433.0990 (Main)
415.434.1370 (Fax)
dennis.rhodes@wilsonelser.com

**<image005.jpg>**

**From:** Joseph Messer [mailto:jmesser@messerstrickler.com]
**Sent:** Thursday, August 30, 2018 9:39 AM
**To:** Rhodes, Dennis J. <Dennis.Rhodes@wilsonelser.com>
**Cc:** Podesta, John <John.Podesta@wilsonelser.com>; Barlow, Marilee
<Marilee.Barlow@wilsonelser.com>; Kevin Borozan
<kborozan@messerstrickler.com>
**Subject:** RE: Bruno, et al v. Equifax Information Services

Dennis –

I will review the topics and get back to you on it.

Joseph S. Messer, Esq.
**Messer Strickler, Ltd.**
a Professional Corporation
225 W. Washington, Suite 575
Chicago, IL 60606
312-334-3440 Phone
312-334-3473 Fax
THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE PERSON
OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN
INFORMATION THAT IS PROTECTED BY THE ATTORNEY-CLIENT
PRIVILEGE OR IS OTHERWISE PRIVILEGED, CONFIDENTIAL AND
EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the
reader of this message is not the intended recipient, you are
hereby notified that any dissemination, distribution or copying of

this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, as well as delete it and any attachments. Thank you.

**From:** Rhodes, Dennis J. <Dennis.Rhodes@wilsonelser.com>
**Sent:** Thursday, August 30, 2018 11:05 AM
**To:** Joseph Messer <jmesser@messerstrickler.com>
**Cc:** Podesta, John <John.Podesta@wilsonelser.com>; Barlow, Marilee <Marilee.Barlow@wilsonelser.com>; Kevin Borozan <kborozan@messerstrickler.com>
**Subject:** RE: Bruno, et al v. Equifax Information Services

Joe,

Thanks for speaking about this matter with me on Tuesday. I am following up with Mr. Bailey, accordingly. As we discussed, plaintiff is willing to significantly narrow the scope of topics in a 30(b)(6) deposition of RMB. While we have not determined whether we will oppose a deposition, it would help if you provided a revised scope of the categories the areas of questioning.

Thanks,
Dennis

Dennis J. Rhodes
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
525 Market Street - 17th Floor
San Francisco, CA 94105-2725
415.625.9295 (Direct)
415.433.0990 (Main)
415.434.1370 (Fax)
dennis.rhodes@wilsonelser.com

**<image005.jpg>**

**From:** Joseph Messer [mailto:jmesser@messerstrickler.com]
**Sent:** Tuesday, August 28, 2018 9:34 AM
**To:** Rhodes, Dennis J. <Dennis.Rhodes@wilsonelser.com>
**Cc:** Podesta, John <John.Podesta@wilsonelser.com>; Barlow, Marilee <Marilee.Barlow@wilsonelser.com>; Kevin Borozan <kborozan@messerstrickler.com>
**Subject:** RE: Bruno, et al v. Equifax Information Services

OK.  Talk then.

**From:** Rhodes, Dennis J. <Dennis.Rhodes@wilsonelser.com>
**Sent:** Tuesday, August 28, 2018 11:32 AM
**To:** Joseph Messer <jmesser@messerstrickler.com>
**Cc:** Podesta, John <John.Podesta@wilsonelser.com>; Barlow, Marilee
<Marilee.Barlow@wilsonelser.com>; Kevin Borozan
<kborozan@messerstrickler.com>
**Subject:** RE: Bruno, et al v. Equifax Information Services

Joe,

Let's talk at noon pacific.  I realized I have another call at 10 this
morning.

Thanks,
Dennis

Dennis J. Rhodes
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
525 Market Street - 17th Floor
San Francisco, CA 94105-2725
415.625.9295 (Direct)
415.433.0990 (Main)
415.434.1370 (Fax)
dennis.rhodes@wilsonelser.com

**<image005.jpg>**
**From:** Joseph Messer [mailto:jmesser@messerstrickler.com]
**Sent:** Monday, August 27, 2018 3:07 PM
**To:** Rhodes, Dennis J. <Dennis.Rhodes@wilsonelser.com>
**Cc:** Podesta, John <John.Podesta@wilsonelser.com>; Barlow, Marilee
<Marilee.Barlow@wilsonelser.com>; Kevin Borozan
<kborozan@messerstrickler.com>
**Subject:** RE: Bruno, et al v. Equifax Information Services

Dennis –

Is that 10:00am PST tomorrow?  If so I'm available.

**From:** Rhodes, Dennis J. <Dennis.Rhodes@wilsonelser.com>
**Sent:** Thursday, August 23, 2018 11:55 AM
**To:** Joseph Messer <jmesser@messerstrickler.com>
**Cc:** Podesta, John <John.Podesta@wilsonelser.com>; Barlow, Marilee

<Marilee.Barlow@wilsonelser.com>; Kevin Borozan
<kborozan@messerstrickler.com>
**Subject:** RE: Bruno, et al v. Equifax Information Services

Joe,

I am on vacation through the end of the week. Let's set up a time to discuss on Tuesday. I am available at 10 am 8/28

Dennis J. Rhodes
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
525 Market Street - 17th Floor
San Francisco, CA 94105-2725
415.625.9295 (Direct)
415.433.0990 (Main)
415.434.1370 (Fax)
dennis.rhodes@wilsonelser.com

**<image005.jpg>**

**From:** Joseph Messer [mailto:jmesser@messerstrickler.com]
**Sent:** Thursday, August 23, 2018 8:17 AM
**To:** Rhodes, Dennis J. <Dennis.Rhodes@wilsonelser.com>
**Cc:** Podesta, John <John.Podesta@wilsonelser.com>; Barlow, Marilee
<Marilee.Barlow@wilsonelser.com>; Kevin Borozan
<kborozan@messerstrickler.com>
**Subject:** RE: Bruno, et al v. Equifax Information Services

Dennis —

Please let me know when you are available for a call to meet and confer on the attached motion. Hopefully we can work something out so I don't have to file it.

Thanks.

Joseph S. Messer, Esq.
**Messer Strickler, Ltd.**
a Professional Corporation
225 W. Washington, Suite 575
Chicago, IL 60606
312-334-3440 Phone
312-334-3473 Fax

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE PERSON OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE OR IS OTHERWISE PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, as well as delete it and any attachments. Thank you.

**From:** Rhodes, Dennis J. <Dennis.Rhodes@wilsonelser.com>
**Sent:** Monday, August 20, 2018 5:43 PM
**To:** Joseph Messer <jmesser@messerstrickler.com>
**Cc:** Podesta, John <John.Podesta@wilsonelser.com>; Barlow, Marilee <Marilee.Barlow@wilsonelser.com>
**Subject:** RE: Bruno, et al v. Equifax Information Services

Hi Joe,

Let's discuss further when you have a moment. I have family visiting but am back in the office on Thursday.

Thanks,
Dennis

Dennis J. Rhodes
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
525 Market Street - 17th Floor
San Francisco, CA 94105-2725
415.625.9295 (Direct)
415.433.0990 (Main)
415.434.1370 (Fax)
dennis.rhodes@wilsonelser.com

**<image005.jpg>**

**From:** Joseph Messer [mailto:jmesser@messerstrickler.com]
**Sent:** Friday, August 10, 2018 8:19 AM
**To:** Rhodes, Dennis J. <Dennis.Rhodes@wilsonelser.com>
**Cc:** Podesta, John <John.Podesta@wilsonelser.com>; Barlow, Marilee <Marilee.Barlow@wilsonelser.com>
**Subject:** Re: Bruno, et al v. Equifax Information Services

Dennis -

I apologize for the delay in responding to your below email.  I was
heading out on vacation when we tried to connect via phone and
haven't had a chance to catch up with emails until now.

For the reasons I have explained in the past, what you have
proposed is not sufficient.  We need and are entitled to
correspondence and documents dating up and through RMB's
termination of business with Geneva Financial Services and
Equifax.  Also, we are going to need to conduct the deposition or
RMB's Rule 30(b)(6) deponent.  Please let me know if RMB will
reconsider its objections to Plaintiff's subpoenas.

Thanks and I look forward to hearing back from you soon.

Joseph S. Messer, Esq.
**Messer Strickler, Ltd.**
a Professional Corporation
225 W. Washington, Suite 575
Chicago, IL 60606
312-334-3440 Phone
312-334-3473 Fax
THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE PERSON
OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN
INFORMATION THAT IS PROTECTED BY THE ATTORNEY-CLIENT
PRIVILEGE OR IS OTHERWISE PRIVILEGED, CONFIDENTIAL AND
EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the
reader of this message is not the intended recipient, you are
hereby notified that any dissemination, distribution or copying of
this communication is strictly prohibited. If you have received this
communication in error, please notify us immediately by
telephone, as well as delete it and any attachments. Thank you.

From: Rhodes, Dennis J. <Dennis.Rhodes@wilsonelser.com>
Sent: Friday, August 3, 2018 11:41:48 AM
To: Joseph Messer
Cc: Podesta, John; Barlow, Marilee
Subject: RE: Bruno, et al v. Equifax Information Services

Hi Joe,

We've been missing each other over the last few days.  Therefore, I
wanted to email.  As you know, RMB set forth its position relating to the

document subpoena and the deposition of David Bailey in our letter to you dated June 15, 2018. Those position remains the same. However, in an effort resolve all of the issues, RMB is willing to produce its communications with Equifax and Geneva that relate to this action through February 14, 2017, the date defining the class in plaintiff's complaint. In exchange, we ask that plaintiff withdraw the deposition notice and subpoena for Mr. Bailey. Please advise if this is agreeable to you.

Sincerely,
Dennis Rhodes

Dennis J. Rhodes
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
525 Market Street - 17th Floor
San Francisco, CA 94105-2725
415.625.9295 (Direct)
415.433.0990 (Main)
415.434.1370 (Fax)
dennis.rhodes@wilsonelser.com

## <image006.jpg>

**From:** Joseph Messer [mailto:jmesser@messerstrickler.com]
**Sent:** Wednesday, August 01, 2018 2:20 PM
**To:** Rhodes, Dennis J.
**Subject:** RE: Bruno, et al v. Equifax Information Services

Since it will be tomorrow morning, please call me on my cell phone at 312 446-3693.

Thanks.

**From:** Rhodes, Dennis J. [mailto:Dennis.Rhodes@wilsonelser.com]
**Sent:** Wednesday, August 1, 2018 4:16 PM
**To:** Joseph Messer <jmesser@messerstrickler.com>
**Cc:** Podesta, John <John.Podesta@wilsonelser.com>; Kevin Borozan <kborozan@messerstrickler.com>; Barlow, Marilee <Marilee.Barlow@wilsonelser.com>
**Subject:** RE: Bruno, et al v. Equifax Information Services

Hi Joe,

Sorry not to have gotten to you earlier. I am out of the office today, but will call first thing in the morning. Apologies for having to put the call off until then.

Thanks,
Dennis

Dennis J. Rhodes
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
525 Market Street - 17th Floor
San Francisco, CA 94105-2725
415.625.9295 (Direct)
415.433.0990 (Main)
415.434.1370 (Fax)
dennis.rhodes@wilsonelser.com

### <image006.jpg>

**From:** Joseph Messer [mailto:jmesser@messerstrickler.com]
**Sent:** Wednesday, August 01, 2018 2:15 PM
**To:** Rhodes, Dennis J.
**Cc:** Podesta, John; Kevin Borozan; Barlow, Marilee
**Subject:** RE: Bruno, et al v. Equifax Information Services

Dennis –

I just left you a message. Please give me a call at my below number.

Thanks.

Joseph S. Messer, Esq.
**Messer Strickler, Ltd.**
a Professional Corporation
225 W. Washington, Suite 575
Chicago, IL 60606
312-334-3440 Phone
312-334-3473 Fax
THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE PERSON OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE OR IS OTHERWISE PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this

communication in error, please notify us immediately by
telephone, as well as delete it and any attachments. Thank you.

**From:** Rhodes, Dennis J. [mailto:Dennis.Rhodes@wilsonelser.com]
**Sent:** Tuesday, July 31, 2018 4:48 PM
**To:** Joseph Messer <jmesser@messerstrickler.com>
**Cc:** Podesta, John <John.Podesta@wilsonelser.com>; Kevin Borozan
<kborozan@messerstrickler.com>; Barlow, Marilee
<Marilee.Barlow@wilsonelser.com>
**Subject:** RE: Bruno, et al v. Equifax Information Services

Yes.

Dennis J. Rhodes
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
525 Market Street - 17th Floor
San Francisco, CA 94105-2725
415.625.9295 (Direct)
415.433.0990 (Main)
415.434.1370 (Fax)
dennis.rhodes@wilsonelser.com

## **<image007.jpg>**

**From:** Joseph Messer [mailto:jmesser@messerstrickler.com]
**Sent:** Tuesday, July 31, 2018 2:47 PM
**To:** Rhodes, Dennis J.
**Cc:** Podesta, John; Kevin Borozan; Barlow, Marilee
**Subject:** Re: Bruno, et al v. Equifax Information Services

I need to leave the office. Are you available to talk tomorrow
afternoon?

Joseph Messer
Messer Strickler, Ltd.
a Professional Corporation
225 W. Washington , Suite 575
Chicago, IL 60606
(312) 334-3440 Direct
(312) 334-3473 Fax

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE PERSON
OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN

INFORMATION THAT IS PROTECTED BY THE ATTORNEY-CLIENT
PRIVILEGE OR IS OTHERWISE PRIVILEGED, CONFIDENTIAL AND
EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the
reader of this message is not the intended recipient, you are
hereby notified that any dissemination, distribution or copying of
this communication is strictly prohibited. If you have received this
communication in error, please notify us immediately by
telephone, as well as delete it and any attachments. Thank you.

On Jul 31, 2018, at 4:33 PM, Rhodes, Dennis J.
<Dennis.Rhodes@wilsonelser.com> wrote:

> Will call in 30 minutes to an hour or so.  I have a filing I am
> handling.
>
> Dennis J. Rhodes
> Attorney at Law
> Wilson Elser Moskowitz Edelman & Dicker LLP
> 525 Market Street - 17th Floor
> San Francisco, CA 94105-2725
> 415.625.9295 (Direct)
> 415.433.0990 (Main)
> 415.434.1370 (Fax)
> dennis.rhodes@wilsonelser.com

## <image001.jpg>

**From:** Joseph Messer
[mailto:jmesser@messerstrickler.com]
**Sent:** Tuesday, July 31, 2018 2:30 PM
**To:** Rhodes, Dennis J.
**Cc:** Podesta, John; Kevin Borozan; Barlow, Marilee
**Subject:** RE: Bruno, et al v. Equifax Information Services

Dennis –

I'm available now.

**From:** Rhodes, Dennis J.
[mailto:Dennis.Rhodes@wilsonelser.com]
**Sent:** Tuesday, July 31, 2018 3:59 PM
**To:** Joseph Messer <jmesser@messerstrickler.com>
**Cc:** Podesta, John <John.Podesta@wilsonelser.com>; Kevin
Borozan <kborozan@messerstrickler.com>; Barlow,
Marilee <Marilee.Barlow@wilsonelser.com>
**Subject:** RE: Bruno, et al v. Equifax Information Services

I'll call you then.  Thanks.

Dennis J. Rhodes
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
525 Market Street - 17th Floor
San Francisco, CA 94105-2725
415.625.9295 (Direct)
415.433.0990 (Main)
415.434.1370 (Fax)
dennis.rhodes@wilsonelser.com

## <image004.jpg>

**From:** Joseph Messer
[mailto:jmesser@messerstrickler.com]
**Sent:** Tuesday, July 31, 2018 1:58 PM
**To:** Rhodes, Dennis J.
**Cc:** Podesta, John; Kevin Borozan; Barlow, Marilee
**Subject:** RE: Bruno, et al v. Equifax Information Services

Dennis –

I just left you a voicemail.  I will be away from my phone
until about 4:30CST but then back.  If possible please give
me a call then.


Joseph S. Messer, Esq.
**Messer Strickler, Ltd.**
a Professional Corporation
225 W. Washington, Suite 575
Chicago, IL 60606
312-334-3440 Phone
312-334-3473 Fax

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF
THE PERSON OR ENTITY TO WHICH IT IS ADDRESSED
AND MAY CONTAIN INFORMATION THAT IS
PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE OR
IS OTHERWISE PRIVILEGED, CONFIDENTIAL AND
EXEMPT FROM DISCLOSURE UNDER APPLICABLE
LAW. If the reader of this message is not the intended
recipient, you are hereby notified that any
dissemination, distribution or copying of this
communication is strictly prohibited. If you have
received this communication in error, please notify us

immediately by telephone, as well as delete it and any attachments. Thank you.


**From:** Rhodes, Dennis J.
[mailto:Dennis.Rhodes@wilsonelser.com]
**Sent:** Tuesday, July 31, 2018 12:25 PM
**To:** Joseph Messer <jmesser@messerstrickler.com>
**Cc:** Podesta, John <John.Podesta@wilsonelser.com>; Kevin
Borozan <kborozan@messerstrickler.com>; Barlow,
Marilee <Marilee.Barlow@wilsonelser.com>
**Subject:** RE: Bruno, et al v. Equifax Information Services

Yes, late this afternoon is best.

Dennis J. Rhodes
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
525 Market Street - 17th Floor
San Francisco, CA 94105-2725
415.625.9295 (Direct)
415.433.0990 (Main)
415.434.1370 (Fax)
dennis.rhodes@wilsonelser.com

## <image004.jpg>

**From:** Joseph Messer
[mailto:jmesser@messerstrickler.com]
**Sent:** Tuesday, July 31, 2018 4:51 AM
**To:** Rhodes, Dennis J.
**Cc:** Podesta, John; Kevin Borozan; Barlow, Marilee
**Subject:** Re: Bruno, et al v. Equifax Information Services

Dennis - Are you available for a call this afternoon?

Joseph Messer
Messer Strickler, Ltd.
a Professional Corporation
225 W. Washington , Suite 575
Chicago, IL 60606
(312) 334-3440 Direct
(312) 334-3473 Fax

Mail - afullett@messerstrickler.com

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE PERSON OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE OR IS OTHERWISE PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, as well as delete it and any attachments. Thank you.

On Jul 30, 2018, at 5:11 PM, Rhodes, Dennis J. <Dennis.Rhodes@wilsonelser.com> wrote:

> Hi Joe,
>
> Let's touch base tomorrow.
>
> Thanks,
> Dennis
>
> Dennis J. Rhodes
> Attorney at Law
> Wilson Elser Moskowitz Edelman & Dicker LLP
> 525 Market Street - 17th Floor
> San Francisco, CA 94105-2725
> 415.625.9295 (Direct)
> 415.433.0990 (Main)
> 415.434.1370 (Fax)
> dennis.rhodes@wilsonelser.com
>
> ## \<image001.jpg\>
>
> **From:** Joseph Messer
> [mailto:jmesser@messerstrickler.com]
> **Sent:** Friday, July 20, 2018 2:16 PM
> **To:** Rhodes, Dennis J.
> **Cc:** Podesta, John; Kevin Borozan; Barlow, Marilee
> **Subject:** RE: Bruno, et al v. Equifax Information Services
>
> Dennis –

Since spoke on July 6 I have not heard back from you in response to my request for Mr. Bailey's cooperation in responding to Plaintiff's attached Subpoenas.  Please let me know if Mr. Bailey is willing to cooperate.  I believe the matter could be resolved if we could obtain the production of his correspondence from and to Equifax and Geneva Financial Services, as well as a declaration regarding the same and regarding his dealings with Equifax and Geneva Financial Services.  Alternatively we will have no choice but to open a proceeding in Austin Texas to enforce the Subpoenas.

Please let us know if Mr. Bailey is willing to cooperate.  As I will be out of the office next week in my absence please communicate with Mr. Borozan regarding the matter.

Thanks.

Joseph S. Messer, Esq.
**Messer Strickler, Ltd.**
a Professional Corporation
225 W. Washington, Suite 575
Chicago, IL 60606
312-334-3440 Phone
312-334-3473 Fax
THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE PERSON OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE OR IS OTHERWISE PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by

telephone, as well as delete it and any attachments. Thank you.

,

**From:** Joseph Messer
**Sent:** Friday, July 6, 2018 12:40 PM
**To:** 'Rhodes, Dennis J.'
<Dennis.Rhodes@wilsonelser.com>
**Cc:** Podesta, John
<John.Podesta@wilsonelser.com>; Kevin
Borozan <kborozan@messerstrickler.com>;
Barlow, Marilee
<Marilee.Barlow@wilsonelser.com>
**Subject:** RE: Bruno, et al v. Equifax
Information Services

Dennis –

Unfortunately I cannot do so because they
have marked the documents as confidential
pursuant to the Protective Order entered in
the case.

Joseph S. Messer, Esq.
**Messer Strickler, Ltd.**
a Professional Corporation
225 W. Washington, Suite 575
Chicago, IL 60606
312-334-3440 Phone
312-334-3473 Fax
THIS MESSAGE IS INTENDED ONLY FOR
THE USE OF THE PERSON OR ENTITY TO
WHICH IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS
PROTECTED BY THE ATTORNEY-CLIENT
PRIVILEGE OR IS OTHERWISE PRIVILEGED,
CONFIDENTIAL AND EXEMPT FROM
DISCLOSURE UNDER APPLICABLE LAW. If
the reader of this message is not the
intended recipient, you are hereby
notified that any dissemination,
distribution or copying of this
communication is strictly prohibited. If
you have received this communication in

error, please notify us immediately by
telephone, as well as delete it and any
attachments. Thank you.


**From:** Rhodes, Dennis J.
[mailto:Dennis.Rhodes@wilsonelser.com]
**Sent:** Friday, July 6, 2018 12:35 PM
**To:** Joseph Messer
<jmesser@messerstrickler.com>
**Cc:** Podesta, John
<John.Podesta@wilsonelser.com>; Kevin
Borozan <kborozan@messerstrickler.com>;
Barlow, Marilee
<Marilee.Barlow@wilsonelser.com>
**Subject:** RE: Bruno, et al v. Equifax
Information Services

Joe,

Thanks for the call.  Would you send me
copies of what Equifax and McGinley
produced that references RMB?

Dennis

Dennis J. Rhodes
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
525 Market Street - 17th Floor
San Francisco, CA 94105-2725
415.625.9295 (Direct)
415.433.0990 (Main)
415.434.1370 (Fax)
dennis.rhodes@wilsonelser.com

## <Image005.jpg>

**From:** Joseph Messer
[mailto:jmesser@messerstrickler.com]
**Sent:** Thursday, July 05, 2018 9:56 AM
**To:** Rhodes, Dennis J.
**Cc:** Podesta, John; Kevin Borozan; Barlow,
Marilee

**Subject:** RE: Bruno, et al v. Equifax Information Services

Dennis —

That works.  Talk to you at that time.

Joseph S. Messer, Esq.
**Messer Strickler, Ltd.**
a Professional Corporation
225 W. Washington, Suite 575
Chicago, IL 60606
312-334-3440 Phone
312-334-3473 Fax
THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE PERSON OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE OR IS OTHERWISE PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, as well as delete it and any attachments. Thank you.

**From:** Rhodes, Dennis J.
[mailto:Dennis.Rhodes@wilsonelser.com]
**Sent:** Thursday, July 5, 2018 10:52 AM
**To:** Joseph Messer
<jmesser@messerstrickler.com>
**Cc:** Podesta, John
<John.Podesta@wilsonelser.com>; Kevin
Borozan <kborozan@messerstrickler.com>;
Barlow, Marilee
<Marilee.Barlow@wilsonelser.com>

**Subject:** RE: Bruno, et al v. Equifax
Information Services

Joe –

I am available tomorrow, Friday, in the
morning.  How about a 10 a.m. call, Pacific
time?

Dennis

Dennis J. Rhodes
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
525 Market Street - 17th Floor
San Francisco, CA 94105-2725
415.625.9295 (Direct)
415.433.0990 (Main)
415.434.1370 (Fax)
dennis.rhodes@wilsonelser.com

## \<image005.jpg\>

**From:** Joseph Messer
[mailto:jmesser@messerstrickler.com]
**Sent:** Monday, July 02, 2018 2:53 PM
**To:** Rhodes, Dennis J.
**Cc:** Podesta, John; Kevin Borozan
**Subject:** Re: Bruno, et al v. Equifax
Information Services

Dennis -

I apologize for having been unable to
connect last week.  Please let me know
when you would be available for a call.

Thanks.

Joseph S. Messer, Esq.
**Messer Strickler, Ltd.**
a Professional Corporation
225 W. Washington, Suite 575
Chicago, IL 60606
312-334-3440 Phone
312-334-3473 Fax

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE PERSON OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE OR IS OTHERWISE PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, as well as delete it and any attachments. Thank you.

**From:** Rhodes, Dennis J.
<Dennis.Rhodes@wilsonelser.com>
**Sent:** Thursday, June 28, 2018 10:53:31 AM
**To:** Joseph Messer
**Cc:** Podesta, John; Kevin Borozan
**Subject:** RE: Bruno, et al v. Equifax
Information Services

Joe,

I am unavailable today, but let's plan to speak tomorrow morning around 10 a.m. my time.

Dennis J. Rhodes
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
525 Market Street - 17th Floor
San Francisco, CA 94105-2725
415.625.9295 (Direct)
415.433.0990 (Main)
415.434.1370 (Fax)
dennis.rhodes@wilsonelser.com

## <image006.jpg>

**From:** Joseph Messer
[mailto:jmesser@messerstrickler.com]

**Sent:** Wednesday, June 27, 2018 2:43 PM
**To:** Rhodes, Dennis J.
**Cc:** Podesta, John; Kevin Borozan
**Subject:** RE: Bruno, et al v. Equifax
Information Services

Dennis –

Please let me know when you are
available to discuss your attached letter
and objections to the documents
requested in Plaintiff's subpoena.

Also, we have not received documents
from BB Direct in response to Plaintiff's
subpoena. If I recall correctly your
engagement for BB Direct was limited.
Let me know if I should follow up with
Brian Berg regarding the matter.

Thanks and I look forward to hearing
back from you soon.

Joseph S. Messer, Esq.
**Messer Strickler, Ltd.**
a Professional Corporation
225 W. Washington, Suite 575
Chicago, IL 60606
312-334-3440 Phone
312-334-3473 Fax

THIS MESSAGE IS INTENDED ONLY
FOR THE USE OF THE PERSON OR
ENTITY TO WHICH IT IS
ADDRESSED AND MAY CONTAIN
INFORMATION THAT IS
PROTECTED BY THE ATTORNEY-
CLIENT PRIVILEGE OR IS
OTHERWISE PRIVILEGED,
CONFIDENTIAL AND EXEMPT
FROM DISCLOSURE UNDER
APPLICABLE LAW. If the reader of this
message is not the intended recipient, you
are hereby notified that any
dissemination, distribution or copying of
this communication is strictly prohibited.
If you have received this communication

in error, please notify us immediately by telephone, as well as delete it and any attachments. Thank you.

**From:** Barlow, Marilee [mailto:Marilee.Barlow@wilsonelser.com]
**Sent:** Friday, June 15, 2018 6:54 PM
**To:** Joseph Messer <jmesser@messerstrickler.com>
**Cc:** Rhodes, Dennis J. <Dennis.Rhodes@wilsonelser.com>; Podesta, John <John.Podesta@wilsonelser.com>
**Subject:** Bruno, et al v. Equifax Information Services

Dear Mr. Messer,

Please see the attached documents from John Podesta. Should you have any questions, please give our office a call.

Very truly yours,

Marilee Barlow
Legal Secretary
Wilson Elser Moskowitz Edelman & Dicker LLP
525 Market Street - 17th Floor
San Francisco, CA 94105-2725
415.625.9390 (Direct)
415.433.0990 (Main)
415.434.1370 (Fax)
marilee.barlow@wilsonelser.com

CONFIDENTIALITY NOTICE: This electronic message is intended to be

viewed only by the individual or entity to whom it is addressed.

It may contain information t
hat is privileged, confident
ial and

exempt from disclosure under
 applicable law. Any dissemi
nation,

distribution or copying of t
his communication is strictl
y prohibited

without our prior permission
. If the reader of this mess
age is not

the intended recipient, or t
he employee or agent respons
ible for

delivering the message to th
e intended recipient, or if
you have

received this communication
in error, please notify us i
mmediately by

return e-mail and delete the
 original message and any co
pies of it

from your computer system.


For further information abou
t Wilson, Elser, Moskowitz,
Edelman &

Dicker LLP, please see our w
ebsite at www.wilsonelser.co
m or refer to

any of our offices.

Thank you.

CONFIDENTIALITY NOTICE: This
 electronic message is inten
ded to be

viewed only by the individua
l or entity to whom it is ad
dressed.

It may contain information t
hat is privileged, confident
ial and

exempt from disclosure under
 applicable law. Any dissemi
nation,

distribution or copying of t
his communication is strictl
y prohibited

without our prior permission
. If the reader of this mess
age is not

the intended recipient, or t
he employee or agent respons
ible for

delivering the message to th
e intended recipient, or if
you have

received this communication
in error, please notify us i
mmediately by

return e-mail and delete the
 original message and any co
pies of it

from your computer system.


For further information abou
t Wilson, Elser, Moskowitz,
Edelman &

Dicker LLP, please see our w
ebsite at www.wilsonelser.co
m or refer to

any of our offices.

Thank you.

CONFIDENTIALITY NOTICE: This
 electronic message is inten
ded to be

viewed only by the individua
l or entity to whom it is ad
dressed.

It may contain information t
hat is privileged, confident
ial and

exempt from disclosure under
 applicable law. Any dissemi
nation,

distribution or copying of t
his communication is strictl
y prohibited

without our prior permission
. If the reader of this mess
age is not

the intended recipient, or t
he employee or agent respons
ible for

delivering the message to th
e intended recipient, or if
you have

received this communication
in error, please notify us i
mmediately by

return e-mail and delete the
 original message and any co
pies of it

from your computer system.


For further information abou
t Wilson, Elser, Moskowitz,
Edelman &

Dicker LLP, please see our w
ebsite at www.wilsonelser.co
m or refer to

any of our offices.

**Thank you.**

CONFIDENTIALITY NOTICE: This
 electronic message is inten
ded to be

viewed only by the individua
l or entity to whom it is ad
dressed.

It may contain information t
hat is privileged, confident
ial and

exempt from disclosure under
 applicable law. Any dissemi
nation,

distribution or copying of t
his communication is strictl
y prohibited

without our prior permission
. If the reader of this mess
age is not

the intended recipient, or t
he employee or agent respons
ible for

delivering the message to th
e intended recipient, or if
you have

received this communication
in error, please notify us i
mmediately by

return e-mail and delete the
 original message and any co
pies of it

from your computer system.


For further information abou
t Wilson, Elser, Moskowitz,
Edelman &

Dicker LLP, please see our w
ebsite at www.wilsonelser.co
m or refer to

any of our offices.

**Thank you.**

CONFIDENTIALITY NOTICE: This
 electronic message is inten
ded to be

viewed only by the individua
l or entity to whom it is ad
dressed.

It may contain information t
hat is privileged, confident
ial and

exempt from disclosure under
 applicable law. Any dissemi
nation,

distribution or copying of t
his communication is strictl
y prohibited

without our prior permission
. If the reader of this mess
age is not

the intended recipient, or t
he employee or agent respons
ible for

delivering the message to th
e intended recipient, or if
you have

received this communication
in error, please notify us i
mmediately by

return e-mail and delete the
 original message and any co
pies of it

from your computer system.

For further information abou
t Wilson, Elser, Moskowitz,
Edelman &

Dicker LLP, please see our w
ebsite at www.wilsonelser.co
m or refer to

any of our offices.

**Thank you.**

CONFIDENTIALITY NOTICE: This electro
nic message is intended to be

viewed only by the individual or ent
ity to whom it is addressed.

It may contain information that is p
rivileged, confidential and

exempt from disclosure under applica
ble law. Any dissemination,

distribution or copying of this comm
unication is strictly prohibited

without our prior permission. If the
reader of this message is not

the intended recipient, or the emplo
yee or agent responsible for

delivering the message to the intend
ed recipient, or if you have

received this communication in error
, please notify us immediately by

return e-mail and delete the origina
l message and any copies of it

from your computer system.


For further information about Wilson
, Elser, Moskowitz, Edelman &

Dicker LLP, please see our website a
t www.wilsonelser.com or refer to

any of our offices.

Thank you.

CONFIDENTIALITY NOTICE: This electro
nic message is intended to be

viewed only by the individual or ent
ity to whom it is addressed.

It may contain information that is p
rivileged, confidential and

exempt from disclosure under applica
ble law. Any dissemination,

distribution or copying of this comm
unication is strictly prohibited

without our prior permission. If the
 reader of this message is not

the intended recipient, or the emplo
yee or agent responsible for

delivering the message to the intend
ed recipient, or if you have

received this communication in error
, please notify us immediately by

return e-mail and delete the origina
l message and any copies of it

from your computer system.


For further information about Wilson
, Elser, Moskowitz, Edelman &

Dicker LLP, please see our website a
t www.wilsonelser.com or refer to

any of our offices.

Thank you.

CONFIDENTIALITY NOTICE: This electro
nic message is intended to be

viewed only by the individual or ent
ity to whom it is addressed.

It may contain information that is p
rivileged, confidential and

exempt from disclosure under applica
ble law. Any dissemination,

distribution or copying of this comm
unication is strictly prohibited

without our prior permission. If the
 reader of this message is not

the intended recipient, or the emplo
yee or agent responsible for

delivering the message to the intend
ed recipient, or if you have

received this communication in error
, please notify us immediately by

return e-mail and delete the origina
l message and any copies of it

from your computer system.


For further information about Wilson
, Elser, Moskowitz, Edelman &

Dicker LLP, please see our website a
t www.wilsonelser.com or refer to

any of our offices.

Thank you.

CONFIDENTIALITY NOTICE: This electronic mess
age is intended to be

viewed only by the individual or entity to w
hom it is addressed.

It may contain information that is privilege
d, confidential and

exempt from disclosure under applicable law.
 Any dissemination,

distribution or copying of this communicatio
n is strictly prohibited

without our prior permission. If the reader
of this message is not

the intended recipient, or the employee or a
gent responsible for

delivering the message to the intended recip
ient, or if you have

received this communication in error, please
 notify us immediately by

return e-mail and delete the original messag
e and any copies of it

from your computer system.


For further information about Wilson, Elser,
 Moskowitz, Edelman &

Dicker LLP, please see our website at www.wi
lsonelser.com or refer to

any of our offices.

Thank you.

CONFIDENTIALITY NOTICE: This electronic mess
age is intended to be

viewed only by the individual or entity to w
hom it is addressed.

It may contain information that is privilege
d, confidential and

exempt from disclosure under applicable law.
 Any dissemination,

distribution or copying of this communicatio
n is strictly prohibited

without our prior permission. If the reader
of this message is not

the intended recipient, or the employee or a
gent responsible for

delivering the message to the intended recip
ient, or if you have

received this communication in error, please
 notify us immediately by

return e-mail and delete the original messag
e and any copies of it

from your computer system.


For further information about Wilson, Elser,
 Moskowitz, Edelman &

Dicker LLP, please see our website at www.wi
lsonelser.com or refer to

any of our offices.

**Thank you.**

CONFIDENTIALITY NOTICE: This electronic mess
age is intended to be

viewed only by the individual or entity to w
hom it is addressed.

It may contain information that is privilege
d, confidential and

exempt from disclosure under applicable law.
 Any dissemination,

distribution or copying of this communicatio
n is strictly prohibited

without our prior permission. If the reader
of this message is not

the intended recipient, or the employee or a
gent responsible for

delivering the message to the intended recip
ient, or if you have

received this communication in error, please
 notify us immediately by

return e-mail and delete the original messag
e and any copies of it

from your computer system.


For further information about Wilson, Elser,
Moskowitz, Edelman &

Dicker LLP, please see our website at www.wi
lsonelser.com or refer to

any of our offices.

Thank you.

CONFIDENTIALITY NOTICE: This electronic mess
age is intended to be

viewed only by the individual or entity to w
hom it is addressed.

It may contain information that is privilege
d, confidential and

exempt from disclosure under applicable law.
 Any dissemination,

distribution or copying of this communicatio
n is strictly prohibited

without our prior permission. If the reader
of this message is not

the intended recipient, or the employee or a
gent responsible for

delivering the message to the intended recip
ient, or if you have

received this communication in error, please
 notify us immediately by

return e-mail and delete the original messag
e and any copies of it

from your computer system.


For further information about Wilson, Elser,
Moskowitz, Edelman &

Mail - afullett@messerstrickler.com

Dicker LLP, please see our website at www.wilsonelser.com or refer to

any of our offices.

Thank you.

CONFIDENTIALITY NOTICE: This electronic message is intended to be

viewed only by the individual or entity to whom it is addressed.

It may contain information that is privileged, confidential and

exempt from disclosure under applicable law. Any dissemination,

distribution or copying of this communication is strictly prohibited

without our prior permission. If the reader of this message is not

the intended recipient, or the employee or agent responsible for

delivering the message to the intended recipient, or if you have

received this communication in error, please notify us immediately by

return e-mail and delete the original message and any copies of it

from your computer system.


For further information about Wilson, Elser, Moskowitz, Edelman &

Dicker LLP, please see our website at www.wilsonelser.com or refer to

any of our offices.

Thank you.

CONFIDENTIALITY NOTICE: This electronic mess
age is intended to be

viewed only by the individual or entity to w
hom it is addressed.

It may contain information that is privilege
d, confidential and

exempt from disclosure under applicable law.
 Any dissemination,

distribution or copying of this communicatio
n is strictly prohibited

without our prior permission. If the reader
of this message is not

the intended recipient, or the employee or a
gent responsible for

delivering the message to the intended recip
ient, or if you have

received this communication in error, please
 notify us immediately by

return e-mail and delete the original messag
e and any copies of it

from your computer system.


For further information about Wilson, Elser,
 Moskowitz, Edelman &

Dicker LLP, please see our website at www.wi
lsonelser.com or refer to

any of our offices.

Thank you.

CONFIDENTIALITY NOTICE: This electronic mess
age is intended to be

viewed only by the individual or entity to w
hom it is addressed.

It may contain information that is privilege
d, confidential and

exempt from disclosure under applicable law.
Any dissemination,

distribution or copying of this communicatio
n is strictly prohibited

without our prior permission. If the reader
of this message is not

the intended recipient, or the employee or a
gent responsible for

delivering the message to the intended recip
ient, or if you have

received this communication in error, please
notify us immediately by

return e-mail and delete the original messag
e and any copies of it

from your computer system.


For further information about Wilson, Elser,
Moskowitz, Edelman &

Dicker LLP, please see our website at www.wi
lsonelser.com or refer to

any of our offices.

Thank you.

CONFIDENTIALITY NOTICE: This electronic mess
age is intended to be

viewed only by the individual or entity to w
hom it is addressed.

It may contain information that is privilege
d, confidential and

exempt from disclosure under applicable law.
Any dissemination,

distribution or copying of this communicatio
n is strictly prohibited

without our prior permission. If the reader
of this message is not

the intended recipient, or the employee or a
gent responsible for

delivering the message to the intended recip
ient, or if you have

received this communication in error, please
 notify us immediately by

return e-mail and delete the original messag
e and any copies of it

from your computer system.


For further information about Wilson, Elser,
 Moskowitz, Edelman &

Dicker LLP, please see our website at www.wi
lsonelser.com or refer to

any of our offices.

Thank you.

CONFIDENTIALITY NOTICE: This electronic mess
age is intended to be

viewed only by the individual or entity to w
hom it is addressed.

It may contain information that is privilege
d, confidential and

exempt from disclosure under applicable law.
 Any dissemination,

distribution or copying of this communicatio
n is strictly prohibited

without our prior permission. If the reader
of this message is not

the intended recipient, or the employee or a
gent responsible for

delivering the message to the intended recip
ient, or if you have

received this communication in error, please
 notify us immediately by

return e-mail and delete the original messag
e and any copies of it

from your computer system.


For further information about Wilson, Elser,
 Moskowitz, Edelman &

Dicker LLP, please see our website at www.wi
lsonelser.com or refer to

any of our offices.

**Thank you.**

CONFIDENTIALITY NOTICE: This electronic message is in
tended to be

viewed only by the individual or entity to whom it is
 addressed.

It may contain information that is privileged, confid
ential and

exempt from disclosure under applicable law. Any diss
emination,

distribution or copying of this communication is stri
ctly prohibited

without our prior permission. If the reader of this m
essage is not

the intended recipient, or the employee or agent resp
onsible for

delivering the message to the intended recipient, or
if you have

received this communication in error, please notify u
s immediately by

return e-mail and delete the original message and any
 copies of it

from your computer system.

For further information about Wilson, Elser, Moskowit
z, Edelman &

Dicker LLP, please see our website at www.wilsonelser
.com or refer to

any of our offices.

Thank you.