IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DANIEL BRUNO, individually and on behalf Of others similarly situated,<br>    Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br>GENEVA FINANCIAL SERVICES, INC.,<br>JOHN MCGINLEY, ANDY MITCHELL and<br>REBS SUPPLY, INC.,<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 18-mc-00774-LY |

## CORRECTED CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of September, 2018, I electronically filed Plaintiff's Motion to Compel RMB Worldwide's Compliance with Third Party Subpoenas with the Clerk of Court using the CM/ECF system; and, at that time, did not serve David Bailey as I had been informed that a Summons on Mr. Bailey would be required;

Having now learned that a Summons is not required, I hereby certify that on the 18th day of September, 2018, I served Plaintiff's Motion to Compel RMB Worldwide's Compliance with Third Party Subpoenas by regular and certified mail, return receipt requested to the following:

RMB World Enterprises, LLC
c/o David Bailey
706 Rio Grande Street
Austin, TX  78701


I did not re-send the Motion to the other parties as they have been previously notified.

                       *//s// Keith Wier*
                       Keith Wier